IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| GOLDMINE WORLD, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PHOENIX BEAUTY LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 1:23-cv-768 |

### ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 7, 2024, in response to a Motion for Default Judgment.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation and examined the objections filed by Plaintiff, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. The Court finds that Plaintiff's objections are without merit and adopts the Report and Recommendation in its entirety. It is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED-IN-PART** and **DENIED-IN-PART**. Specifically, the Court orders that:

- Plaintiff's Motion for Default Judgment is **DENIED** as to Count I of the Complaint alleging Breach of Contract as to Defendant Phoenix and Defendant Nguyen;

- Plaintiff's Motion for Default Judgment is **GRANTED** as to Count II of the Complaint alleging Unjust Enrichment as to Defendant Phoenix and Defendant Nguyen;

- Defendant Phoenix and Defendant Nguyen are jointly and severally liable for the amount of $99,260.00, including pre-judgment interest at six percent interest from May 4, 2023 through the date of this judgment, and post-judgment interest in accordance with 28 U.S.C. § 1961;

- Plaintiff's Motion for Default Judgment is **DENIED** as to Count II of the Complaint alleging Unjust Enrichment as to Defendant Pham;

- Plaintiff's Motion for Default Judgment is **DENIED** as to Count III of the Complaint alleging Fraud as to all Defendants;

- Plaintiff's Motion for Default Judgment is **DENIED** as to Count IV of the Complaint alleging Conspiracy as to all Defendants; and

- Plaintiff's other requested relief, including treble damages, punitive damages, and attorneys' fees and costs, is **DENIED**.

Alexandria, Virginia
March 28, 2024

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE